IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 06-142 |
| | ) | |
| vs. | ) | |
| | ) | |
| $15,411.80 IN FUNDS FROM | ) | |
| COLLEGE SAVINGS FUND IOWA 529, | ) | |
| IN THE NAME OF KELLY KORNEGOR | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR WARRANT OF ARREST IN REM

Upon consideration of the Complaint filed in the above-entitled action, this Court is satisfied that there is probable cause to believe the defendant property as described is subject to arrest and seizure for violation of a statute of the United States.

IT IS THEREFORE ORDERED:

1.    That the following described property:

**$15,411.80 in funds from a College Savings Fund Iowa 529, Account 450013XXX-XX in the name of Kelly Kornegor**

be seized and arrested by the United States Marshals Service for the Northern District of Iowa under attachment and monition of this Court; that the Clerk of the United States District Court shall issue a Warrant of Arrest in rem to be executed by said United States Marshals Service.

1

2.    That, pursuant to Title 18, United States Code, Section 983(4)(A), all persons claiming an interest in the defendant property are required to file with this Court a Statement of Interest within thirty (30) days after execution of notice and then, within twenty (20) days after filing the Statement of Interest, shall serve an answer.  The Statement of Interest shall be verified on oath or solemn affirmation, and shall state the interest in the property by virtue of which the claimant demands its restitution and the right to defend the action, and shall conform to any other applicable requirements of Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

3.    The United States Marshals Service is further directed to give notice of this action by affecting personal service, in the manner described by rule and statute, to any person or entity reasonably known to allege an interest in the property.

4.    The United States Marshals Service is further directed to forthwith publish notice of the seizures and arrests once a week for three (3) consecutive weeks in a newspaper of general circulation in the district in and near the place of seizure and arrest, in the district where the forfeiture is being heard.  This notice shall describe the seized property, the identity of responsible officials, time and place of arrest, citations of legal authority, available procedures to be heard, time limits to respond or challenge the seizure or seek relief, and the penalty for inaction.

Ordered this _10th_ day of October, 2006.

John A. Jarvey
Chief Magistrate Judge
Northern District of Iowa