## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) No. C 06-0142 |
| | ) |
| vs. | ) |
| | ) |
| $15,411.80 IN FUNDS FROM | ) |
| COLLEGE SAVINGS FUND IOWA 529, | ) |
| IN THE NAME OF KELLY | ) |
| KORNEGOR, | ) |
| | ) |
| Defendant. | ) |

## DECREE OF FORFEITURE

This matter comes before the Court on the United States' Motion for Summary

Judgment and Motion for Decree of Forfeiture pursuant to Rule 56 of the Federal Rules

of Civil Procedure.

On October 10, 2006, a Verified Complaint for Forfeiture in rem was filed against

the defendant property, $15,411.80 in Funds From College Savings Fund Iowa 529, in

the Name of Kelly Kornegor, on behalf of the plaintiff United States of America.

The complaint alleges that the defendant property represent proceeds involved

money laundering offenses in violation of 18 U.S.C. § 1956 and, is therefore, subject to

forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

The United States seeks a final decree of forfeiture against the defendant

property, $15,411.80 in Funds From College Savings Fund Iowa 529, in the Name of

Kelly Kornegor.

It appearing that process was fully issued in this action and returned according to law:

That the administrative forfeiture commenced against the defendant property by the Federal Bureau of Investigation was contested by Kelly Kornegor. The forfeiture was then referred to the U.S. Attorney's Office in the Northern District of Iowa to file a civil judicial forfeiture action against the defendant property;

That upon referral to the United States Attorney's Office in the Northern District of Iowa, the United States filed the above-entitled civil action against the defendant property on October 10, 2006;

That a Warrant of Arrest in rem was issued by this Court on October 10, 2006, for the arrest of the defendant property, however, the United States Marshals Service has retained custody of said defendant property since August 4, 2006, pursuant to the administrative forfeiture;

That on October 25, 2006, May 1, 2006, and May 8, 2006, the United States published notice of the forfeiture in the Cedar Rapids Gazette, a newspaper having general circulation in the area in which the illegal activities occurred and the defendant property was seized;

That on October 30, 2006, the United States personally served Otis Griffith with a copy of the Verified Complaint for Forfeiture in rem and the Warrant of Arrest in rem;

That on October 30, 2006, the United States personally served Carol Griffith with a copy of the Verified Complaint for Forfeiture in rem and Warrant of Arrest in rem;

2

That on October 30, 2006, the United States personally served Attorney John Lane with a copy of the Verified Complaint for Forfeiture in rem and the Warrant of Arrest in rem;

That on November 29, 2006, the United States personally served Kelly Kornegor with a copy of the Verified Complaint for Forfeiture in rem and the Warrant of Arrest in rem;

That on or about November 29, 2006, Kelly Kornegor filed a claim and answer in this forfeiture action;

That on or about November 29, 2006, Otis Griffith filed a claim and answer in this forfeiture action;

NOW, therefore, on motion of the Plaintiff, United States of America, for Summary Judgment and a Decree of Forfeiture, the Court finds that judgment should be entered in favor of the Plaintiff, the United States of America.

IT IS THEREFORE ORDERED:

1.    That the $15,411.80 in Funds From College Savings Fund Iowa 529, in the Name of Kelly Kornegor is hereby forfeited to the United States of America and no right, title or interest in the property shall exist in any other party;

2.    That the United States Marshals Service shall dispose of the defendant property and shall deposit the proceeds from the sale of the defendant property, after

3

all expenses have been deducted, into the United States Marshals Asset Forfeiture

fund to be disbursed according to the law.

Ordered this 6th day of June, 2007.

Linda R. Reade
Chief Judge, U.S. District Court
Northern District of Iowa

4